# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2022

## NO. 03-21-00117-CV

**The Texas Department of Public Safety, Appellant**

**v.**

**K. W., Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## VACATED AND DISMISSED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on February 25, 2021. Having reviewed the record, the Court is of the opinion that the trial court lacked jurisdiction over K.W.'s suit against the Texas Department of Public Safety. Therefore, the Court vacates the trial court's judgment against the Texas Department of Public Safety and dismisses K.W.'s suit against the Texas Department of Public Safety for want of jurisdiction. K.W. shall pay all costs relating to this appeal, both in this Court and in the court below.